UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALLEN AND LULAR JONES, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action File No. |
| v. | : 1:17-cv-00406-N |
| | : |
| PLANET HOME LENDING, LLC, | : |
| | : |
| Defendant. | : |

### JOINT STATEMENT REGARDING SETTLEMENT

COMES NOW, the Plaintiffs Allen and Lular Jones ("Plaintiffs") and Planet Home Lending, LLC, the Defendant herein ("Planet Home"), by and through their undersigned counsel, and pursuant to the Paragraph 13 of the Court's scheduling Order, hereby notify the Court of the status of settlement, stating as follows:

1. The parties have been discussing settlement and have reached an agreement in principle, although they have one minor outstanding issue to address. The parties reasonably expect to address this final issue and advise the Court within seven (7) days if a complete settlement has been reached.

RESPECTFULLY SUBMITTED this 5th day of July, 2018.

/s/ robert j. solomon
ROBERT J. SOLOMON (SOL004)

For the Firm of
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, Georgia 30097
(678) 243-2512 (telephone)
(678) 243-2515 (direct dial)
 (678) 243-2518 (facsimile)
rsolomon@sb-law.com
Attorneys for Defendant Planet Home Lending, LLC

/s/ Ken. J. Reimer_____
KENNETH J. REIMER
P.O. Box 1206
Mobile, AL 36633
Kriemer01@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on June 29, 2018, I electronically filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Kenneth J. Riemer
Underwood & Riemer, P.C.
166 Government Street, Suite 100
Mobile, Alabama 36602

This 29th day of June, 2018.

                                                    /s/ robert j. solomon
                                                  ROBERT J. SOLOMON (SOL004)

For the Firm
SOLOMON | BAGGETT, LLC
3763 Rogers Bridge Road
Duluth, Georgia 30097
(678) 243-2512 (telephone)
(678) 243-2515 (direct dial)
 (678) 243-2518 (facsimile)
rsolomon@sb-law.com
Attorneys for Defendant Planet Home Lending, LLC