IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALLEN JONES and LULAR JONES,** )<br>　　**Plaintiffs,**　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**v.**　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**PLANET HOME LENDING, LLC,**　)<br>　　**Defendant.**　　　　　　　　　) | **CIVIL ACTION NO. 1:17-00406-N** |

## ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

On July 30, 2018, counsel of record for the Plaintiffs telephonically informed the undersigned that the parties have agreed to a settlement of all claims and causes of action in this case. Plaintiffs' counsel requested that this action be dismissed with prejudice, conditioned on permitting a 30-day period for the parties to reinstate to allow time to finalize the settlement agreement.

Upon consideration, the Court accepts Plaintiffs' counsel's telephonic request as an oral motion to voluntarily dismiss this action on the aforementioned terms under Federal Rule of Civil Procedure 41(a)(2) and **GRANTS** said oral motion. Accordingly, it is **ORDERED** that all claims and causes of action in the above-styled case are **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **thirty (30) days** from the date of entry of this Order should the settlement agreement not be finalized.[1] As such, all other pending deadlines and settings are **CANCELED**, and all pending motions are **MOOT**.

---

[1] With the consent of the parties, the Court referred this action to the undersigned

No further order shall be forthcoming from the Court except upon application by a party for final judgment as prescribed by Federal Rule of Civil Procedure 58. Unless otherwise agreed, the parties shall bear their own costs, expenses, and attorneys' fees.

**DONE** and **ORDERED** this the 31st day of July 2018.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

Magistrate Judge "to conduct all proceedings and order entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P 73." (Docs. 15, 18).